# EXHIBIT 1

# EXHIBIT 1





Powered by Clickability

Click to Print

SAVE THIS | EMAIL THIS | Close

Sep. 03, 2010
Copyright © Las Vegas Review-Journal

## Principal and another school employee face drug charges

By ANTONIO PLANAS
LAS VEGAS REVIEW-JOURNAL

A principal and an office manager with the Clark County School District were arrested Thursday on multiple drug charges including felony possession of methamphetamine, sources said.

Two sources with knowledge of the arrests said Dondero Elementary School Principal LeRoy Espinosa, 53, and Joseph Rodriquez, 48, an office manager at Simmons Elementary School in North Las Vegas, were taken into custody Thursday.

Sources said Espinosa was arrested at the home he shares with Rodriquez near Decatur Boulevard and Alexander Road shortly before 6 p.m.

Rodriquez had been arrested at Simmons about 11 a.m. Thursday. The school is near Tropical Parkway and Clayton Street. He was taken into custody while school was in session.

Clark County school police were called to Simmons after a bag of methamphetamine was found in the school office. When officers questioned Rodriquez, he admitted the drugs were his, sources said. He also told officers he lived with Espinosa.

Espinosa was booked into the Clark County Detention Center on one felony count of possession of methamphetamine, one misdemeanor count of possession of 1 ounce or less of marijuana and four misdemeanor counts of possession of narcotics paraphernalia.

Detention center records said Rodriquez faces one felony count of methamphetamine possession, one misdemeanor count of possession of 1 ounce of marijuana or less and two misdemeanor counts of possession of drug paraphernalia.

Espinosa was being held at the county jail late Thursday on $3,000 bail. Rodriquez was being held on $3,600 bail.

School police spokesman Lt. Ken Young confirmed the charges Espinosa and Rodriquez face.

Sources said when officers met with Espinosa at his home, he gave consent to search the house and his vehicle.

Espinosa has been a district employee for about two decades, a source said.

Espinosa is scheduled to appear in court Saturday, according to jail records. Rodriquez is expected to make his initial appearance in court today.

Clark County records indicate Espinosa and Rodriquez have owned a home together since 2003.

Dondero's accountability report for 2009-10 said the school has 724 students. The school is located near Harmon Avenue and Jones Boulevard. In Dondero's accountability report, the

principal's highlights said the school "models high expectations for citizenship and academic achievement."

The school was designated as "high achieving" after showing adequate yearly progress under the federal No Child Left Behind law, the report said.

According to the accountability report for Simmons, the North Las Vegas school served 820 students during the 2009-10 school year.

Contact reporter Antonio Planas at aplanas@reviewjournal.com or 702-383-4638.

**Find this article at:**
http://www.lvrj.com/news/principal-and-another-school-employee-face-drug-charges-102132284.html

 Click to Print         SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

 

Login  ?  New Account  Site Tools  CHAT ROOM  Online Store  NRA  RADIO FREE ARFCOM   3,203 Online

Library  AR-15  AK-47  Handgun  Armory  Training  General  Outdoors  Hometown  Industry  Equipment Exchange  Classifieds

         

Archives   Conduct Code

General » General Discussion

Site Notices

Bushmaster September Sale   9/14/2010 12:05:27 PM

---

**Drugs are Bad, M'Kay Children?**   New Topic  Reply  Forward

| Author | Message |
|---|---|
| **twistedLV**<br>Remember<br><br>Team Member<br>Joined: Nov 2008<br>NV, USA<br>Posts: 1566  Offline<br>Feedback: 0-0-0 | Posted: 9/3/2010 11:16:29 AM<br><br>http://www.lvrj.com/news/principal-and-another-school-employee-face-drug-charges-102132284.html<br><br>A principal and an office manager with the Clark County School District were arrested Thursday on multiple drug charges including felony possession of methamphetamine, sources said.<br><br>Two sources with knowledge of the arrests said Dondero Elementary School Principal LeRoy Espinosa, 53, and Joseph Rodriquez, 48, an office manager at Simmons Elementary School in North Las Vegas, were taken into custody Thursday.<br><br>Sources said Espinosa was arrested at the home he shares with Rodriquez near Decatur Boulevard and Alexander Road shortly before 6 p.m.<br><br>Rodriquez had been arrested at Simmons about 11 a.m. Thursday. The school is near Tropical Parkway and Clayton Street. He was taken into custody while school was in session.<br><br>Clark County school police were called to Simmons after a bag of methamphetamine was found in the school office. When officers questioned Rodriquez, he admitted the drugs were his, sources said. He also told officers he lived with Espinosa.<br><br>Espinosa was booked into the Clark County Detention Center on one felony count of possession of methamphetamine, one misdemeanor count of possession of 1 ounce or less of marijuana and four misdemeanor counts of possession of narcotics paraphernalia.<br><br>Detention center records said Rodriquez faces one felony count of methamphetamine possession, one misdemeanor count of possession of 1 ounce of marijuana or less and two misdemeanor counts of possession of drug paraphernalia.<br><br>Espinosa was being held at the county jail late Thursday on $3,000 bail. Rodriquez was being held on $3,600 bail.<br><br>School police spokesman Lt. Ken Young confirmed the charges Espinosa and Rodriquez face.<br><br>Sources said when officers met with Espinosa at his home, he gave consent to search the house and his vehicle.<br><br>Espinosa has been a district employee for about two decades, a source said.<br><br>Espinosa is scheduled to appear in court Saturday, according to jail records. Rodriquez is expected to make his initial appearance in court today.<br><br>Clark County records indicate Espinosa and Rodriquez have owned a home together since 2003.<br><br>Dondero's accountability report for 2009-10 said the school has 724 students. The school is located near Harmon Avenue and Jones Boulevard. In Dondero's accountability report, the principal's highlights said the school "models high expectations for citizenship and academic achievement."<br><br>The school was designated as "high achieving" after showing adequate yearly progress under the federal No Child Left Behind law, the report said.<br><br>According to the accountability report for Simmons, the North Las Vegas school served 820 students during the 2009-10 school year. |

Yeah, Like I Care

**User Info**

**GlutealCleft**
Member
Joined: Mar 2009
USA

Posts: 2666
Feedback: 0-0-0

Offline

Posted: 9/3/2010 11:20:43 AM

In before the "should be legal" crowd.

**User Info**

**twistedLV**
Remember

Team Member
Joined: Nov 2008
NV, USA

Posts: 1568
Feedback: 0-0-0

Offline

Posted: 9/3/2010 11:25:27 AM

> **Originally Posted By GlutealCleft:**
> In before the "should be legal" crowd.

Being gay IS legal.

Yeah, Like I Care

**User Info**

Drugs are Bad, M'Kay Children?                                                                    New Topic    Reply    Forward

General » General Discussion

Library   AR-15   AK-47   Handgun   Armory   Training   General   Outdoors   Hometown   Industry   Equipment Exchange

Copyright© 1996-2009 AR15.Com LLC. All Rights Reserved.
Advertising Information   Team Memberships   Join the NRA   Discussion Forums   Help   Privacy Policy   About Us

# EXHIBIT 3

# EXHIBIT 3

Login    ?    New Account    Site Tools    CHAT ROOM    Online Store    NRA    RADIO FREE ARFCOM    3,317 Online

**AR15.COM** — Home of The Black Rifle

Library  AR-15  AK-47  Handgun  Armory  Training  General  Outdoors  Hometown  Industry  Equipment Exchange  Classifieds

         
        

Guns and gear

Last Updated :: 3/18/2010 3:22:10 PM

# Resources

**Clark County Illegal shooting area map**
Here

**NV Sex Offenders Watchlist**
Here

**NV NRS on Weapons and CCW Laws**
Here

**Nevada State Constitution**
Here

# WHERE TO RENT MACHINE GUNS IN VEGAS

**\*\*PLEASE NOTE: ALL FOUR OF THESE RANGES ARE INDOOR RANGES\*\***

American Shooters
3440 Arville Street
Las Vegas, NV 89102
(702) 719-5000
AmericanShooters

Center Mass Firearms
2140 S. Boulder Hwy.
Henderson, NV. 89015
(702) 558-7890
Center Mass

Discount Firearms
3084 S. Highland, #B
Las Vegas, NV 89109
Store Hours: 9am to 7pm, Monday - Saturday
Range Hours : 9am to 6:30pm, Monday - Saturday
Phone: (702) 567-1158 Fax: (702) 567-1160
Discount Firearms

Las Vegas Gun Range
4610 Blue Diamond Road
Las Vegas, NV 89139
(702) 386-GUNS
Las Vegas Gun Range

The Gun Store
2900 E Tropicana
Las Vegas, Nevada 89121
702.454.1110
website \*\*$5 coupon on site\*\*

# VEGAS & HENDERSON AREA GUNSTORES

Note: Henderson Defense and New Frontier Armory are paid AR15.com dealers, check with them first for your firearm needs.

Henderson Defense Industries, LLC
AR15.com Username: HendersonDefense
hendersondefense.com/

New Frontier Armory
AR15.com Username: Guido1
http://www.newfrontierarmory.com/
150 East Centennial Parkway
Suite 110
North Las Vegas, NV 89084

**American Shooters**
3440 Arville Street
Las Vegas, NV 89102
(702) 719-5000
AmericanShooters

**Center Mass Firearms**
www.centermassfirearms.com/aboutus.htm
2140 S. Boulder Hwy.
Henderson, NV. 89015
(702) 558-7890

**The Gun Vault, Inc.**
AKA Machine Gun Kellys
1651 E Sunset Rd #A101
Las Vegas NV 89119
702-837-8383

**Bargain Pawn**
1901 Las Vegas Blvd No.
North Las Vegas, Nevada 89030
702.399.9950
www.bargainpawn.com/

**National Survival Store**
4663 Spring Mountain Rd # A
Las Vegas, 89102
(702) 871-7795

**Spurlock's Gun Shop**
39 East Basic Road
Henderson, NV 89015
(702) 564-5668

**All Weapons Plus**
1904 N Decatur Blvd, Las Vegas, NV
(702) 647-4867

**Absolute Equipment**
4310 Losee Rd
North Las Vegas, NV 89030
(702) 651-6693
Absolute Equiptment

**MASTER SHOOTER'S SUPPLY**
Las Vegas, NV
702-362-9535

**Bass Pro Shops (next to the Silverton)**
8200 Dean Martin Drive
Las Vegas, NV 89139-7885
Phone: 702-730-5200
website

**KTTK Enterprises**
50 South Aroowhead Lane
Mesquite, NV 89027
702-346-6153

# GEAR (NO GUNS)

**Battle Born Tactical and Survival Gear**
6640 N. Durango Ste 130
Las Vegas, NV 89149
702-399-7336
Battle Born

**Hahn's World of Surplus**
2908 E Lake Mead Blvd
North Las Vegas, NV
(702) 649-6819

# CCW INSTRUCTORS

Joe Nizzari
Line of Fire, LLC website
NVHTF contact: IShoot2Live

# FIREARM TRAINING

Joe Nizzari
Line of Fire, LLC
website
NVHTF contact: IShoot2Live
Member of the AR15.com

# OUTDOOR SHOOTING RANGES

Desert Sportsman's Rifle Pistol Club
12201 West Charleston Blvd.
Las Vegas, Nevada
www.dsrpc.net/

BOULDER RIFLE AND PISTOL CLUB
Boulder City, NV.
Post Office Box 60534
Boulder City, NV. 89006-0534
www.brpc1.org/

Desert Lake Shooting Club
Physical Address:
12801 U.S. 95 South
Boulder City, NV 89005
Tel: 702-294-0029
www.desertlakeshooting.com/

Library   AR-15   AK-47   Handgun   Armory   Training   General   Outdoors   Hometown   Industry   Equipment Exchange

Copyright© 1996-2009 AR15.Com LLC. All Rights Reserved.
Advertising Information   Team Memberships   Join the NRA   Discussion Forums   Help   Privacy Policy   About Us



# EXHIBIT 4

# EXHIBIT 4

       

         

2009 Gunshow Calander

Last Updated :: 2/13/2010 2:08:38 PM

# Las Vegas

**Crossroads of the West Gun Shows**

Schedule
Discount Coupon

March 6th-7th @ Cashman Center

June 12th-13th @ Cashman Center

August 7th-8th @ Cashman Center

October 16th-17th @ Cashman Center

December 11th-12th @ Cashman Center

---

**Claude Hall's Original Las Vegas Gun & Knife Show 2007 Schedule**

Coupon
Website

April 10th-11th 121 E. Sunset Rd. The Sports Center of Las Vegas (Sunset Rd. and LV Blvd. South)

May 8th-9th Cashman Center

July 3rd-4th Cashman Center

Sept 4th-5th

Oct 30th-31st Sports Center

Dec 18-19th Sports Center

---

# Reno

**Crossroads of the West Gun Shows**

Schedule

All shows at the Reno Convention Center

Feb 20th-21st

May 22nd-23rd

July 24th-25th

October 23rd-24th

---

**The Big Reno Show**

April 16th-18th at the Grand Sierra Resort

---

# PHOENIX

**Crossroads of the West Gun Shows**

Feb 27th-28th

April 24th-25th

July 10th-11th

Sept 11th-12th

December 3rd-5th (SAR Show) Three Day Show

Library   AR-15   AK-47   Handgun   Armory   Training   General   Outdoors   Hometown   Industry   Equipment Exchange

Copyright© 1996-2009 AR15.Com LLC. All Rights Reserved.
Advertising Information   Team Memberships   Join the NRA   Discussion Forums   Help   Privacy Policy   About Us



# EXHIBIT 5

# EXHIBIT 5

Login    ?    New Account    Site Tools

 

        

Library    AR-15    AK-47    Handgun    Armory    Training    General    Outdoors    Hometown    Industry    Equip




Archives

 Hometown » Nevada

**Site Notices**

2010 LaRue Tactical Range Day

---

**Nevada  (Page 1 of 9)**

 Previous Page                                Page:  - 1 -  / 9

**Resource**

 **Nevada Equipment Exchange**

 **2010 Gunshow Calendar**

 **Guns and Gear Nevada Resource--CHECK HERE FIRST BEFORE POSTING**

 **Clark County Handgun Registration (Blue Card) and Where to Shoot Information**

| Topic | Author | Replies | Read |
|---|---|---|---|
| What do you guys think......NVHTF gun picture thread?? ( Page: 2  3 ) | 775Patriot | 73 | 2137 |
| For those coming to **Las Vegas** and need info.... ( Page: 2  3  4 ) | Wolfpack | 93 | 18393 |
| Nevadans Sign In Sheet ( Page: 2  3  4 ... 15  16  17 ) | Wolfpack | 422 | 28958 |
| Where's the best place to get reloading equipment/supplies in Las Vegas? ( Page: 2 ) | rippersde50 | 27 | 340 |
| clark county early voting... | f2 | 15 | 115 |
| Shooting at Summerlin Costco? ( Page: 2  3  4 ... 19  20  21 ) | buttercupp | 505 | 13608 |
| Glock, Sig or HK.... ( Page: 2 ) | Wolfpack | 48 | 623 |
| Desert Hills Shooting Club suports Harry Reid | Andielouroo | 25 | 396 |
| Reno Saturday Night 9/25 Get Together ( Page: 2 ) | NSFJojo | 48 | 426 |
| Restrepo... | ishoot2live | 9 | 388 |

| Topic | Author | Replies | Views |
|---|---|---|---|
| Any Bicycle Mechanics near Las Vegas on board? | subjectofcalifornia | 1 | 42 |
| How many North Las Vegas members do we have here? ( Page: 2 ) | Scot45 | 26 | 328 |
| Anyone in Reno own one of these?? | 775Patriot | 6 | 177 |
| Secrets Revealed Masonic Open House | ladong | 1 | 185 |
| **Consignments, Sales and More this weekend!!!** | HendersonDefense | 5 | 476 |
| Rimfire Match in Fallon. Last one of the year | ALASKANFIRE | 9 | 76 |
| CCW classes in Reno | tbraginton | 11 | 133 |
| Question for Clark County residents... | tunafingers | 4 | 142 |
| Hoover Dam bypass bridge nightmare ( Page: 2 ) | gunmonkey | 28 | 718 |
| What places to avoid in Las Vegas? | Schadenfreuda | 8 | 168 |
| Deer hunt | pballjunkie666 | 3 | 72 |
| Code Pink morons | ALBOB2 | 19 | 459 |
| 90 mile hr tape | mobility6 | 11 | 191 |
| Carrying a handgun while helping someone hunt in NV? | brasidas | 3 | 160 |
| Sap legality | Darcy | 5 | 189 |

Previous Page                                            Page: - 1 - [ ] / 9

Nevada   (Page 1)

**Discussion Forum Information**

**3289 Users Are Currently Online.**
There are 1032 Team Members, 995 Members, and 1262 Guests.

You are logged in as:
You must **log in** for the forums to store your **last visit date** with your profile.

**Icon Key**

New Posts     No New Posts     Announcement     Moderators

Library   AR-15   AK-47   Handgun   Armory   Training   General   Outdoors   Hometown   Industry   Equipment Exchange

Copyright© 1996-2009 AR15.Com LLC. All Rights Reserved.
Advertising Information   Team Memberships   Join the NRA   Discussion Forums   Help   Privacy Policy   About Us

# EXHIBIT 6

# EXHIBIT 6

*-APPLICATION-*

# Title

**Title of Work:** Principal and another school employee face drug charges

# Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 3, 2010  **Nation of 1st Publication:** United States

# Author

- **Author:** Stephens Media LLC
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States  **Domiciled in:** United States

# Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

# Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com  **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

# Certification

**Name:** Steven A. Gibson

**Date:** September 22, 2010

**Applicant's Tracking Number:** 0002102

**Registration #:**

**Service Request #:**   1-491084321

**Application Date:**   09-22-2010 21:30:14

# Correspondent

**Organization Name:**   Righthaven LLC
**Name:**   Steven A. Gibson
**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States